IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICK LEMUEL BASS, #11872-002, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 2:08cv469-WHA ) (WO) |
| M. E. BRANTLEY, et al., | ) ) |
| Defendants. | ) |

## **ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #9), entered on September 12, 2008, the Recommendation is adopted, and it is hereby

ORDERED that this case is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of the court and to prosecute this action.

DONE this 1st day of October, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE